AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

KEVIN OSBORN,
Plaintiff,

V.

THE RECEIVABLE MANAGEMENT
SERVICES CORPORATION
Defendant.

CASE NUMBER: 1:18-cv-00946

ASSIGNED JUDGE: Honorable Jorge L. Alonso

DESIGNATED
MAGISTRATE JUDGE: Honorable Sidney I. Schenkier

TO: (Name and address of Defendant)

THE RECEIVABLE MANAGEMENT SERVICES CORPORATION
R/A: CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel John McGarry
Whiteside & Goldberg, Ltd.
155 N. Michigan Avenue, Suite 540
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Paul Giurin_ (signature)

(By) DEPUTY CLERK



February 20, 2018

DATE

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00946

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kevin Osborn v The Receivable Management Services Corp was received by me on *(date)* 02/20/2018 .

☐ I personally served the summons on the individual at *(place)* 208 S. LaSalle, Suite 814, Chicago, IL 60604 on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___, a person of suitable age and discretion who resides there, on *(date)* ___, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Derrick Hackett , who is designated by law to accept service of process on behalf of *(name of organization)* The Receivable Management Services Corp on *(date)* 02/26/2018 ; or

☐ I returned the summons unexecuted because ___ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/26/2018

*Server's signature*

Glenn Schroeder - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: