# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEVIN OSBORN, <br><br> Plaintiff, <br><br> v. <br><br> THE RECEIVABLE MANAGEMENT SERVICES CORPORATION, <br><br> Defendant. | 1:18-cv-00946 <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Honorable Sidney I. Schenkier |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that KEVIN OSBORN ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant, THE RECEIVABLE MANAGEMENT SERVICES CORPORATION, have settled all claims between them in this matter and are in the process of completing the final settlement and dismissal documents. Upon execution of these documents, the parties will file an appropriate dismissal with the Court.

Dated: March 19, 2018

Respectfully submitted,

/s/ Daniel J. McGarry
Daniel J. McGarry
Whiteside & Goldberg, Ltd.
155 N. Michigan Ave., Suite 540
Chicago, IL 60601
Phone (312) 334-6875
dmcgarry@wglawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2018, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

      I further certify that a true copy of the foregoing was served on the following parties via e-mail on March 19, 2018:

**Brendan Lee**
SVP – Chief Litigation Counsel
iQor
200 Central Avenue, 5th Floor
St. Petersburg, FL 33701 USA
Office: +1 (727) 369-0876
Brendan.Lee@iqor.com

      /s/ Daniel J. McGarry
      Daniel J. McGarry
      Whiteside & Goldberg, Ltd.
      155 N. Michigan Ave., Suite 540
      Chicago, IL 60601
      Phone (312) 334-6875
      dmcgarry@wglawgroup.com
      *Attorney for Plaintiff*