# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEVIN OSBORN, <br><br> Plaintiff, <br><br> v. <br><br> THE RECEIVABLE MANAGEMENT SERVICES CORPORATION, <br><br> Defendant. | 1:18-cv-00946 <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Honorable Sidney I. Schenkier |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, KEVIN OSBORN ("Plaintiff"), by and through his attorneys, Whiteside & Goldberg, Ltd., and in support of Plaintiff's voluntary dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against THE RECEIVABLE MANAGEMENT SERVICES CORPORATION with prejudice. Each party shall bear its own costs and fees.

Dated: May 3, 2018

Respectfully Submitted,

/s/ Daniel J. McGarry
Daniel J. McGarry, Esq. ARDC#6309647
*Counsel for Plaintiff*
Whiteside & Goldberg, Ltd.
155 N. Michigan Ave., Suite 540
Chicago, IL 60601
(312) 334-6875
dmcgarry@wglawgroup.com

## CERTIFICATE OF SERVICE

I, Daniel McGarry, certify that on May 3, 2018, I caused the foregoing **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

I further certify that a true copy of the foregoing was served on the following parties via e-mail on May 3, 2018:

**Brendan Lee**
SVP – Chief Litigation Counsel
iQor
200 Central Avenue, 5th Floor
St. Petersburg, FL 33701 USA
Office: +1 (727) 369-0876
Brendan.Lee@iqor.com

/s/ Daniel J. McGarry